UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
-----------------------------------------------------------X
S.A.G.R., an Infant by her Parent and Natural
Guardian, ARLYN ROQUE, et al.,

                          Plaintiffs,        **ORDER**

v.

                                        21-CV-04013 (PMH)

UNITED STATES OF AMERICA, et al.,

                          Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared in courtroom 520 today. Oral argument was had on the record.

    The Court GRANTS IN PART the pending letter-motion to seal (Doc. 88). The document filed on the public docket as Exhibit D to Mr. Driscoll's declaration will remain the publicly-filed version of Exhibit D and the sealed version of that exhibit will remain under seal.

    No later than December 21, 2022, the parties shall meet and confer to agree on proposed redactions to Exhibit E to Mr. Driscoll's declaration; defendant Loyal Source shall re-file Exhibit E, redacting that which is sought to be sealed, and file the unredacted document under seal with highlights to show where information was redacted; and defendant Loyal Source shall do the same with respect to Exhibit F, or file a letter setting forth with specificity the propriety of the wholesale sealing of that exhibit.

    For the reasons indicated on the record and law cited therein, defendant Loyal Source's motion to transfer venue to the United States District Court for the Southern District of Texas is GRANTED.

The Clerk of the Court is respectfully directed to terminate the pending motions at Doc. 88 and Doc. 95; and to transfer this action to United States District Court for the Southern District of Texas pursuant to Local Civil Rule 83.1.

See Transcript.

SO-ORDERED:

Dated: White Plains, New York
December 14, 2022

_____
Philip M. Halpern
United States District Judge